1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CASBN 202121)
3  Chief, Criminal Division

4  ANDREW P. CAPUTO (CASBN 203655)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7004
7     Fax: (415) 436-7234
      Email: andrew.caputo@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

   UNITED STATES OF AMERICA,        )   No. CR 07-0268 SI
                                    )
        Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                    )   ORDER EXCLUDING TIME FROM
        v.                          )   SPEEDY TRIAL ACT CALCULATION
                                    )   (18 U.S.C. § 3161(h)(8)(A))
   YAFIT ESHED,                     )
                                    )
        Defendant.                  )
   _____)

        With the agreement of the parties, and with the consent of defendant Yafit Eshed, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from July 27, 2007, to August 10, 2007. The parties agree, and the Court finds and holds, as follows:

        1.    Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant requested this time exclusion in order to allow her counsel time to consult with defendant about a potential resolution of this case.

        2.    Given these circumstances, the Court found that the ends of justice served by

1 | excluding the period from July 27, 2007, to August 10, 2007, outweigh the best interest of the
2 | public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).
3 |     3.    Accordingly, and with the consent of the defendant, at the hearing on July 27,
4 | 2007, the Court ordered that the period from July 27, 2007, to August 10, 2007, be excluded
5 | from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
6 |     IT IS SO STIPULATED.

8 | DATED: July 31, 2007            /s/
                                    JULIA MEZHINSKY JAYNE
9 |                                       Attorney for Defendant

11 | DATED: July 28, 2007            /s/
                                    ANDREW P. CAPUTO
12 |                                     Assistant United States Attorney

14 |     IT IS SO ORDERED.

16 | DATED: 8/3/07
17 |                                     SUSAN ILLSTON
                                    United States District Judge