JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:     jjayne@campbelljayne.com
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:   (415) 623-3600
Facsimile:   (415) 623-3605

Attorneys for Defendant
YAFIT ESHED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-07 0268-SI |
| Plaintiff, | AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE |
| v. | |
| YAFIT ESHED, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendant Yafit Eshed, that the hearing for an entry of plea of Yafit Eshed presently scheduled for Friday, August 10 at 11:30 a.m. be taken off calendar and rescheduled for Friday, September 28 at 11:00 a.m. This request is being made at the request of Defendant Yafit Eshed, who requests additional time to review the proposed plea agreement in this case. September 28, therefore, is the earliest date that her counsel, Julia Jayne, is available due to other obligations and a previously planned trip out of the country.

Time shall be excluded between August 10 and September 28, 2007, to allow defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Case No. CR-07 0268-SI
STIPULATION AND ORDER TO CONTINUE HEARING DATE

|  |  |
|---|---|
| 1   DATED: August 7, 2007 | Campbell & Jayne LLP |

```
 1   DATED: August 7, 2007           Campbell & Jayne LLP

 2

 3                                   By:    /s/ Julia Mezhinsky Jayne
                                            JULIA MEZHINSKY JAYNE
 4                                   Attorneys for Defendant
                                     YAFIT ESHED
 5
     DATED: August 7, 2007           UNITED STATES ATTORNEY'S OFFICE
 6

 7
                                     By:    /s/ Andrew Caputo
 8                                          ANDREW P. CAPUTO
                                     Attorneys for Plaintiff
 9                                   UNITED STATES OF AMERICA

10
                                     ORDER
11

12   IT IS SO ORDERED.

13

14

15

16   DATED:  08/07/07                _____
                                                     DISTRICT COURT JUDGE
17
                                     [Signature: Susan Illston]
18                                   Judge Susan Illston
```

LAW OFFICES
CAMPBELL & JAYNE LLP
350 SANSOME STREET, SUITE 650
SAN FRANCISCO, CALIFORNIA 94104

2                                    Case No. CR-07 0268-SI
STIPULATION AND ORDER TO CONTINUE HEARING DATE