JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail: *jjayne@campbelljayne.com*
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
YAFIT ESHED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-07 0268-SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE** |
| v. | |
| YAFIT ESHED, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendant Yafit Eshed, that the hearing for an entry of plea of Yafit Eshed presently scheduled for Friday, September 28 at 11:00 a.m. be taken off calendar and rescheduled for Friday, October 19, 2007 at 11:00 a.m. This request is being made at the request of Defendant Yafit Eshed, who requests additional time to review the revised plea agreement received by counsel this week. Moreover, October 19th is the same day that Ms. Eshed's co-defendant, Herbert Derungs, is next scheduled to appear before this Court.

Time shall be excluded between September 28 and October 19, 2007, to allow defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Case No. CR-07 0268-SI
STIPULATION AND ORDER TO CONTINUE HEARING DATE

| | | |
|---|---|---|
| 1 | DATED: September 24, 2007 | Campbell & Jayne LLP |
| 2 | | |
| 3 | | By: /s/ Julia Mezhinsky Jayne |
| 4 | | JULIA MEZHINSKY JAYNE<br>Attorneys for Defendant<br>YAFIT ESHED |
| 5 | | |
| 6 | DATED: September 24, 2007 | UNITED STATES ATTORNEY'S OFFICE |
| 7 | | |
| 8 | | By: /s/ Andrew Caputo<br>ANDREW P. CAPUTO<br>Attorneys for Plaintiff |
| 9 | | UNITED STATES OF AMERICA |

**ORDER**

**IT IS SO ORDERED.**

DATED:

_Susan Illston_

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

---

2                                                      Case No. CR-07 0268-SI
STIPULATION AND ORDER TO CONTINUE HEARING DATE