# Case Debt Type Payment Report
## U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN307CR000268 | | US VS YAFIT ESHED | | | | | | | |
| 002 | YAFIT ESHED | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 3461013769 | 1 | PR | 25.00 | 12/20/2007 |
| | | | | | | | | Division Payment Total | 25.00 | |
| | | | | | | | | Grand Total | 25.00 | |

$ 25.00 SPECIAL ASSESSMENT on 12/20/07
PAID IN FULL