1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  KIMBERLY HOPKINS (MABN 668608)
   Assistant United States Attorney
5
6          450 Golden Gate Avenue, Box 36055
           San Francisco, California 94102-3495
7          Telephone: (415) 436-7200
           FAX: (415) 436-7234
8          Kimberly.hopkins@usdoj.gov

   Attorneys for United States of America
9
10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,              )  Case No. CR 07-00268 SI
                                           )
14         Plaintiff,                      )
                                           )  **NOTICE OF REMOVAL FROM ECF**
15     v.                                  )
                                           )
16  HERBERT JOHN DERUNGS, et al.,          )
                                           )
17         Defendants.                     )
                                           )
18

19         The United States Attorney's Office hereby files this Notice of Removal from ECF to advise the

20  Court that further ECF notices in the above-referenced case should not be sent to AUSA Kimberly

21  Hopkins at the e-mail address of kimberly.hopkins@usdoj.gov. Accordingly, the Clerk is requested to

22  remove AUSA Kimberly Hopkins from the list of persons to be noticed.

23  //

24  //

25  //

26  //

27  //

28
    NOTICE OF REMOVAL FROM ECF
    CR 07-00268 SI

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | BRIAN J. STRETCH<br>United States Attorney |
| 5  Dated: April 19, 2016 | _____/s/_____ |
| 6 | Kimberly Hopkins<br>Assistant United States Attorney |

NOTICE OF REMOVAL FROM ECF
CR 07-00268 SI                                          2